IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

IN RE: : CHAPTER 13
BETHANY A. MENAS, :
: 1:24-bk-00277-HWV
Debtor :

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on April 11, 2024, a true and correct copy of the ORDER CONFIRMING CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: April 11, 2024

```
Label Matrix for local noticing            U.S. Bankruptcy Court                      American Express National Bank
0314-1                                      Sylvia H. Rambo US Courthouse              c/o Becket and Lee LLP
Case 1:24-bk-00277-HWV                      1501 N. 6th Street                         PO Box 3001
Middle District of Pennsylvania             Harrisburg, PA 17102-1104                  Malvern PA 19355-0701
Harrisburg
Thu Apr 11 12:25:16 EDT 2024

Amex                                        Capital One                                Capital One N.A.
Correspondence/Bankruptcy                   Attn: Bankruptcy                           by American InfoSource as agent
Po Box 981540                               Po Box 30285                               PO Box 71083
El Paso, TX 79998-1540                      Salt Lake City, UT 84130-0285              Charlotte, NC 28272-1083


(p)JPMORGAN CHASE BANK N A                  Citibank                                   Comenity Bank/Victoria Secret
BANKRUPTCY MAIL INTAKE TEAM                 Citicorp Cr Srvs/Centralized Bankruptcy    Attn: Bankruptcy
700 KANSAS LANE FLOOR 01                    Po Box 790040                              Po Box 182125
MONROE LA 71203-4774                        St Louis, MO 63179-0040                    Columbus, OH 43218-2125


Discover Bank                               Discover Financial                         Goldman Sachs Bank USA
P.O. Box 3025                               Attn: Bankruptcy                           Attn: Bankruptcy
New Albany OH 43054-3025                    Po Box 3025                                Po Box 70379
                                            New Albany, OH 43054-3025                  Philadelphia, PA 19176-0379


JPMorgan Chase Bank, N.A.                   Kohls/Capital One                          LVNV Funding, LLC
s/b/m/t Chase Bank USA, N.A.                Attn: Credit Administrator                 Resurgent Capital Services
c/o National Bankruptcy Services, LLC       Po Box 3043                                PO Box 10587
P.O. Box 9013                               Milwaukee, WI 53201-3043                   Greenville, SC 29603-0587
Addison, Texas 75001-9013


Marcus by Goldman Sachs                     Members 1st FCU                            Mrc/united Wholesale M
Attn: Bankruptcy                            Attn: Bankruptcy                           Attn: Bankruptcy
Po Box 45400                                5000 Marketplace Way                       P. O. Box 619098
Salt Lake City, UT 84145-0400               Enola, PA 17025-2431                       Dallas, TX 75261-9098


(p)NATIONSTAR MORTGAGE LLC                  SoFi                                       Sofi Bank, National Association
PO BOX 619096                               Attn: Bankruptcy                           Resurgent Capital Services
DALLAS TX 75261-9096                        2750 East Cottonwood Parkway, Ste 300      PO Box 10587
                                            Salt Lake City, UT 84121-7285              Greenville, SC 29603-0587


Sofi Lending Corp                           Syncb/Old Navy                             Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy                            Attn: Bankruptcy                           Attn: Bankruptcy
Po Box 654158                               Po Box 965060                              Po Box 965060
Dallas, TX 75265-4158                       Orlando, FL 32896-5060                     Orlando, FL 32896-5060


TD Bank USA, N.A.                           Target NB                                  United States Trustee
C/O Weinstein & Riley, P.S.                 Po Box 673                                 US Courthouse
1415 WESTERN AVE, SUITE 700                 Minneapolis, MN 55440-0673                 1501 N. 6th St
SEATTLE, WA 98101-2051                                                                 Harrisburg, PA 17102-1104


WellSpan Lab Services                       Wells Fargo Bank NA                        Wells Fargo Bank, N.A.
2015 Springwood Road                        Attn: Bankruptcy                           Wells Fargo Card Services
York, PA 17403-4836                         1 Home Campus Mac X2303-01a 3rd Floor      PO Box 10438, MAC F8235-02F
                                            Des Moines, IA 50328-0001                  Des Moines, IA 50306-0438
```

Wellspan Pediatric Medicine
4020 Carlisle Road
Dover, PA 17315-3508

Wellspan Philhaven
1101 Edgar Street
York, PA 17403-2862

Bethany A. Menas
2254 Waltnut Bottom Road
York, PA 17408-9401

Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111-5212

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NATIONSTAR MORTGAGE LLC

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bethany A. Menas,       Chapter 13

**Debtor 1**

Case No.     1:24-bk-00277-HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on February 5, 2024. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck/*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 11, 2024

orcnfpln(05/18)